Case 19-50770-CSS    Doc 27    Filed 06/01/20    Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Parker School Uniforms, LLC, | Case No. 18-10085-CSS |
| Debtors. | |
| Jeoffrey L. Burtch, Chapter 7 Trustee, | |
| Plaintiff, | Adv. Pro. No. 19-50770-CSS |
| v. | |
| Salem Investment Partners, III, LP and SIP III Holdings, Inc., | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Salem Investment Partners III, LP and SIP III Holdings, Inc., move to dismiss Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as made applicable to this matter pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure. The grounds for this motion are set forth in Defendants' supporting memorandum of law, filed herewith.

<table>
<tr><td>Dated: June 1, 2020<br>Wilmington, Delaware</td><td>**THE ROSNER LAW GROUP LLC**<br><br>By: /s/ *Jason A. Gibson*<br>Frederick B. Rosner (DE 3995)<br>Jason A. Gibson (DE 6091)<br>Zhao (Ruby) Liu (DE 6436)<br>824 N. Market Street, Suite 810<br>Wilmington, Delaware 19801<br>Tel: (302) 777-1111<br>Email: rosner@teamrosner.com<br>       gibson@teamrosner.com<br>       liu@teamrosner.com<br><br>-and-<br><br>**BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP**<br><br>Jeffrey E. Oleynik, Esq.<br>2000 Renaissance Plaza,<br>230 North Elm Street<br>Greensboro, NC  27401<br>Tel: (336) 271-3182<br>Email: joleynik@brookspierce.com<br><br>*Attorneys for Defendants Salem Investment Partners, III, L.P. and SIP III Holdings, Inc.*</td></tr>
</table>