**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Parker School Uniforms, LLC, | Case No.: 18-10085-CSS |
| Debtors. | |
| Jeoffrey L. Burtch, Chapter 7 Trustee, | |
| Plaintiff, | Adv. Pro. No. 19-50770-CSS |
| v. | |
| Salem Investment Partners, III, LP and SIP III Holdings, Inc., | |
| Defendants. | |

**NOTICE OF SERVICE OF SUBPOENA TO**
**PRODUCE DOCUMENTS DIRECTED TO FROST BANK**

**PLEASE TAKE NOTICE** that on March 17, 2021, Salem Investment Partners, III, LP and SIP III Holdings, Inc., through their undersigned counsel, caused the attached subpoena to be served by process server on Frost Bank, pursuant to Rule 45 of the Federal Rules of Civil Procedure, made applicable to these proceedings pursuant to Federal Rule of Bankruptcy Procedure 9016. A true and correct copy of the subpoena is attached here to as **Exhibit A**.

*[Remainder of Page Intentionally Left Blank]*

{00030380. }

Dated: March 18, 2021
        Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
Zhao (Ruby) Liu (DE 6436)
824 N. Market Street, Suite 810
Wilmington, DE 19801
Tel: (302) 777-1111
rosner@teamrosner.com
liu@teamrosner.com
gibson@teamrosner.com

-and-

**BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP**

Jeffrey E. Oleynik
230 N. Elm Street
2000 Renaissance Plaza
Greensboro, NC 27401
Telephone: (336) 373-8850
joleynik@brookspierce.com

*Counsel for Salem Investment Partners, III, LP
and SIP III Holdings, Inc.*